**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Patricia Reick aka Patricia Louise Erick
aka Patricia L. Reick aka Patty L. Reick aka
Patty Reick aka Patricia Reick
Edward Joseph Reick Jr. aka
Edward J. Reick, Jr. aka Edward Reick, Jr. aka
Edward J. Reick aka Edward Reick
Debtor(s)

CHAPTER 13

BKY. NO. 26-21368 CMB

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

 Kindly enter my appearance on behalf of PNC BANK, NA and index same on the master mailing list.

Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
19 May 2026, 14:12:17, EDT

Matthew Fissel, Esq. (314567)  ☑
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: 48935a578bcb43efc7cb41b211d3ce49355072c4d0301f917517fa2f440daf19