Certificate Number: 05781-PAW-DE-041088098

Bankruptcy Case Number: 26-21368



05781-PAW-DE-041088098

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 12, 2026, at 11:28 o'clock AM PDT, Edward Reick completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   June 12, 2026                          By:      /s/Allison M Geving

Name:  Allison M Geving

Title:   President