Certificate Number: 05781-PAW-DE-041088099

Bankruptcy Case Number: 26-21368



05781-PAW-DE-041088099

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 12, 2026, at 11:28 o'clock AM PDT, Patricia Reick completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date:   June 12, 2026                         By:      /s/Allison M Geving

                                                      Name:   Allison M Geving

                                                      Title:   President