**N THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) Bankruptcy No. 26-21368-GLT |
| | ) |
| EDWARD JOSEPH REICK, JR. and | ) Chapter 13 |
| PATRICIA LOUISE REICK, | ) |
| | ) Related to Document No. 33 |
| Debtor(s) | ) |
| | ) Hearing Date and Time: |
| EDWARD JOSEPH REICK, JR. and | )   September 16, 2026 at 1:30 p.m. |
| PATRICIA LOUISE REICK, | ) |
| Movant(s) | ) Objection Date: August 21, 2026 |
| | ) |
| v. | ) |
| | ) |
| RONDA J. WINNECOUR, | ) |
| CHAPTER 13 TRUSTEE, | ) |
| Respondent(s) | ) |

**ORDER GRANTING MOTION OF DEBTORS TO VOLUNTARILY
DISMISS CHAPTER 13 CASE PURSUANT TO 11 U.S.C. § 1307(b)**

AND NOW, upon consideration of the Motion of Debtors to Voluntarily Dismiss Chapter 13 Case Pursuant to 11 U.S.C. § 1307(b) [Document No. 33], the Motion having been served upon the Chapter 13 Trustee, the Office of the United States Trustee, and all creditors and parties in interest together with notice of the deadline to respond, and it appearing that this case has not been converted under 11 U.S.C. § 706, § 1112, or § 1208, it is hereby:

**ORDERED, ADJUDGED and DECREED that:**

1. The Motion is GRANTED.

2. This Chapter 13 case is DISMISSED without prejudice pursuant to 11 U.S.C. § 1307(b).

3.The Chapter 13 Trustee shall disburse any funds held on hand in accordance with the confirmed Chapter 13 Plan and applicable law, after payment of the Trustee's percentage fee and any allowed administrative expense claims.

4.Any wage attachment order entered in this case is hereby terminated, and the Debtors' employers shall cease withholding and remitting plan payments to the Chapter 13 Trustee.

5.Counsel for the Debtors shall serve a copy of this Order upon the Chapter 13 Trustee, the Office of the United States Trustee, and all creditors and parties in interest, and shall file a certificate of service within seven (7) calendar days after the date of service.

6.The Chapter 13 Trustee shall file a final report and account, and upon the filing thereof the Clerk shall close this case.


Prepared by: Chad Thomas Van Horn, Esquire
FL Bar # 64500
VAN HORN LAW GROUP, P.A.
5001 Baum Blvd., Suite 417
Pittsburgh, PA 15213
Phone: (412) 399-0000
Email: chad@cvhlawgroup.com
Counsel for Debtors


Dated: _____
Gregory L. Taddonio
United States Bankruptcy Judge