**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) Bankruptcy No. 26-21368-GLT |
| | ) |
| EDWARD JOSEPH REICK, JR. and | ) Chapter 13 |
| PATRICIA LOUISE REICK, | ) |
| | ) Related to Document No. 33 |
| Debtor(s) | ) |
| | ) Hearing Date and Time: |
| EDWARD JOSEPH REICK, JR. and | )   September 16, 2026 at 1:30 p.m. |
| PATRICIA LOUISE REICK, | ) |
| Movant(s) | ) Objection Date: August 21, 2026 |
| | ) |
| v. | ) |
| | ) |
| RONDA J. WINNECOUR, | ) |
| CHAPTER 13 TRUSTEE, | ) |
| Respondent(s) | ) |

**NOTICE OF HEARING AND RESPONSE DEADLINE REGARDING
MOTION OF DEBTORS TO VOLUNTARILY DISMISS CHAPTER 13 CASE**

TO: ALL CREDITORS AND PARTIES IN INTEREST

You are hereby notified that the Movant seeks an order affecting your rights or property.

You are further instructed to file with the Clerk and serve upon the undersigned attorney for Movant a response to the Motion by no later than **August 21, 2026** (i.e., seventeen (17) days after the date of service below), in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the presiding Judge as found on the Court's webpage at www.pawb.uscourts.gov.

An in-person hearing will be held on **September 16, 2026**, at **1:30 p.m.** before  Judge Gregory L. Taddonio in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA, 15219.

Only a limited time of ten (10) minutes is being provided on the calendar. No witnesses will be heard.

If you fail to timely file and serve a written response, an order granting the relief requested in the Motion may be entered and the hearing may not be held.

Please refer to the calendar posted on the Court's webpage after 12:00 noon on the business day prior to the scheduled hearing to verify whether a default order was signed or whether the hearing will go forward as scheduled.

You should take this Notice and the Motion to a lawyer at once.

**Date of Service: August 4, 2026**

Respectfully submitted,

/s/ Chad Thomas Van Horn
Chad Thomas Van Horn, Esquire
FL Bar # 64500
VAN HORN LAW GROUP, P.A.
5001 Baum Blvd., Suite 417
Pittsburgh, PA 15213
Phone: (412) 399-0000
Email: chad@cvhlawgroup.com
Counsel for Debtors