FILED
8/28/26 3:13 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 26-21368-GLT |
| | : | Chapter: | 13 |
| Edward Joseph Reick, Jr. | : | | |
| Patricia Louise Reick | : | | |
| | : | Date: | 8/28/2026 |
| *Debtor(s).* | : | Time: | 11:30 |

## PROCEEDING MEMO

-

***MATTER:*** #29 - Chapter 13 Trustee's Objection to Debtor's Exemptions
#38 - Certificate of No Objection

***APPEARANCES:***
Debtor: No appearance
Trustee: Dennis Sloan

[12:43,12:58]
***NOTES:***

Sloan: This isn't uncommon for this firm. In this case, I think the debtors are oblivious to it. I don't know why it continues to happen. There have been several issues with this firm. I conducted a conciliation. Stephanie Roache showed up for that.

***OUTCOME:***

1. For the reasons stated on the record at the August 28, 2026 hearing, the *Chapter 13 Trustee's Objection to Debtor's Exemptions* [Dkt. No. 19] is **CONTINUED** to September 16, 2026. Attorney Chad Van Horn is directed to personally appear in Pittsburgh. [Chambers to Issue]

**DATED:** 8/28/2026