FILED
9/18/26 11:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**N THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | ) Bankruptcy No. 26-21368-GLT |
| | ) |
| EDWARD JOSEPH REICK, JR. and | ) Chapter 13 |
| PATRICIA LOUISE REICK, | ) |
| | ) Related to Document No. 33 |
| Debtor(s) | ) |
| | ) Hearing Date and Time: |
| EDWARD JOSEPH REICK, JR. and | ) September 16, 2026 at 1:30 p.m. |
| PATRICIA LOUISE REICK, | ) |
| Movant(s) | ) Objection Date: August 21, 2026 |
| | ) |
| v. | ) |
| | ) |
| RONDA J. WINNECOUR, | ) |
| CHAPTER 13 TRUSTEE, | ) |
| Respondent(s) | ) |

**ORDER GRANTING MOTION OF DEBTORS TO VOLUNTARILY**
**DISMISS CHAPTER 13 CASE PURSUANT TO 11 U.S.C. § 1307(b)**

AND NOW, upon consideration of the Motion of Debtors to Voluntarily Dismiss Chapter 13 Case Pursuant to 11 U.S.C. § 1307(b) [Document No. 33], the Motion having been served upon the Chapter 13 Trustee, the Office of the United States Trustee, and all creditors and parties in interest together with notice of the deadline to respond, and it appearing that this case has not been converted under 11 U.S.C. § 706, § 1112, or § 1208, it is hereby:

**ORDERED, ADJUDGED and DECREED that:**

1. The Motion is GRANTED.

2. This Chapter 13 case is DISMISSED without prejudice pursuant to 11 U.S.C. § 1307(b).

3. The Chapter 13 Trustee shall disburse any funds held on hand in accordance with the confirmed Chapter 13 Plan and applicable law, after payment of the Trustee's percentage fee and any allowed administrative expense claims.

4. Any wage attachment order entered in this case is hereby terminated, and the Debtors' employers shall cease withholding and remitting plan payments to the Chapter 13 Trustee.

5. Counsel for the Debtors shall serve a copy of this Order upon the Chapter 13 Trustee, the Office of the United States Trustee, and all creditors and parties in interest, and shall file a certificate of service within seven (7) calendar days after the date of service.

6. The Chapter 13 Trustee shall file a final report and account, and upon the filing thereof the Clerk shall close this case.

7. Any legal fees paid to Van Horn Law Group, P.A. or its attorneys in the trustee's August distribution shall be refunded to the Debtors within 14 days of receipt, with proof of payment filed on the docket. Based on the representations made at the September 16, 2026 hearing, no further amounts are held by the chapter 13 trustee in this case, however if additional funds are received, no further payments shall be made on account of legal fees in this case.

8. The Court shall retain jurisdiction over the trustee's final report and any issues related to the Van Horn Law Group's compliance with the terms of this Order or the representations made at the September 16, 2026 hearing.

Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Edward Joseph Reick, Jr.
Patricia Louise Reick
Debtors

Case No. 26-21368-GLT
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2 User: auto Page 1 of 4
Date Rcvd: Sep 18, 2026 Form ID: pdf900 Total Noticed: 43

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Edward Joseph Reick, Jr., 317 Larch Lane, Pittsburgh, PA 15234-2534 |
| cr | + | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| cr | + | Township of Baldwin, Richard A. Monti, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219 UNITED STATES 15219-1753 |
| 16691868 | + | Duquesne Light Company, c/o WH Burkley, LLP, 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 16670902 | | First Commonwealth Bank, Mt Lebanon Blvd, Pittsburgh, PA 15234 |
| 16692947 | + | Northwest Bank, 100 Liberty Street, PO Box 128, Warren, PA 16365-0128 |
| 16670907 | | PNC Bank, Grant Street, PIttsburgh, PA 15222 |
| 16677196 | | U.S. Bank National Association, Bankruptcy Department, PO Box 108 Saint Louis MO 63166-0108 |
| 16670910 | + | Upgrade Vacation Loan, 275 Battery Street, San Francisco, CA 94111-3305 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| jdb | + | Email/Text: pattilreick@gmail.com | Sep 19 2026 00:48:00 | Patricia Louise Reick, 317 Larch Lane, Pittsburgh, PA 15234-2534 |
| 16672452 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 19 2026 00:48:00 | AmeriCredit Financial Services, Inc. dba GM Financ, P O Box 183853, Arlington, TX 76096-3853 |
| 16670887 | + | Email/PDF: bncnotices@becket-lee.com | Sep 19 2026 01:00:11 | American Express, PO Box 6031, Carol Stream, IL 60197-6031 |
| 16683806 | | Email/PDF: bncnotices@becket-lee.com | Sep 19 2026 01:00:01 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 16670899 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 19 2026 00:48:00 | Citizens Bank, P.O. Box 42113, Providence, RI 02940 |
| 16671511 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Sep 19 2026 00:48:00 | Citizens Bank N.A., One Citizens Bank Way, Johnston, RI 02919, Mailstop JCA 115 |
| 16670888 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 19 2026 00:48:00 | Caesars, PO Box 650960, Dallas, TX 75265-0960 |
| 16670890 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 19 2026 01:00:01 | Capital One, PO Box 71087, Charlotte, PA 28272-1087 |
| 16670889 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 19 2026 01:00:11 | Capital One, P. O Box 71087, Charlotte, NC 28272-1087 |
| 16681256 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 19 2026 01:00:20 | Capital One N.A., by AIS InfoSource LP as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 16670892 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 19 2026 01:00:11 | Chase, P.O. Box 1423, Charlotte, PA 28201-1423 |
| 16670894 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 19 2026 01:00:19 | Chase, P.O. Box 1423, Charlotte, NC 28201-1423 |
| 16670896 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Sep 19 2026 01:00:04 | Citi, PO Box 70166, Philadelphia, PA 19176-0166 |
| 16670898 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 19 2026 01:00:13 | Citi, PO Box 70610, PHiladelphia, PA 19176-0610 |
| 16670897 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 19 2026 01:00:22 | Citi, PO Box 71820, Philadelphia, PA 19176-1820 |
| 16688356 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 19 2026 01:00:22 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 16670900 | + | Email/Text: bankruptcycourts@equifax.com | Sep 19 2026 00:48:00 | Equifax Attn: Bankruptcy Dept., P.O. Box 740241, Atlanta, GA 30374-0241 |
| 16670901 | ^ | MEBN | Sep 19 2026 00:41:24 | Experian Attn: Bankruptcy Dept., P.O. Box 2002, Allen, TX 75013-2002 |
| 16680662 | ^ | MEBN | Sep 19 2026 00:42:00 | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1340, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 16670903 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM | Sep 19 2026 00:48:00 | GM Financial, PO Box 650595, Dallas, TX 75265-0595 |
| 16670904 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 19 2026 00:48:00 | Internal Revenue Service, P.O. Box 621501, Atlanta, GA 30362-3001 |
| 16684572 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 19 2026 00:48:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 16681236 | + | Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 19 2026 00:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 16686440 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 19 2026 01:00:12 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 16670905 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 19 2026 01:00:10 | Lowes, PO Box 669807, Dallas, TX 75266-0759 |
| 16670906 | + | Email/Text: bankruptcy@northwest.com | Sep 19 2026 00:48:00 | Northwest, 100 Liberty Street, Warren, PA 16365-2497 |
| 16691186 | | Email/Text: Bankruptcy.Notices@pnc.com | Sep 19 2026 00:48:00 | PNC Bank, National Association, c/o PNC Bank N.A., 3232 Newmark Drive, Miamisburg Ohio 45342 |
| 16690362 | | Email/Text: bnc-quantum@quantum3group.com | Sep 19 2026 00:48:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 16681944 | + | Email/Text: ebnjts@grblaw.com | Sep 19 2026 00:48:00 | Township of Baldwin, c/o GRB Law, Richard A. Monti, Esq., 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 16670909 | ^ | MEBN | Sep 19 2026 00:41:22 | Transunion Attn: Bankruptcy Dept., P.O. Box 1000, Crum Lynne, PA 19022 |
| 16670911 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Sep 19 2026 00:48:00 | US Bank, PO Box 790408, St Louis, MO 63179 |
| 16670912 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 19 2026 01:00:13 | Venmo, PO Box 71718, Philadelphia, PA 19176-1718 |
| 16670913 | + | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Sep 19 2026 01:00:02 | Wells Fargo, PO Box 77053, Minneapolis, MN 55480-7753 |
| 16681291 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Sep 19 2026 01:00:01 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | PNC BANK, NA |

| | | |
|---|---|---|
| 16670908 | | Premium Travel Club, 3rd Floor - The Anchorage, Dublin, DOT-D218 |
| cr | *+ | First Commonwealth Bank, c/o McGrath McCall, P.C., Four Gateway Center, Suite 1340, 444 Liberty Avenue, Pittsburgh, PA 15222-1225 |
| 16670891 | *+ | Capital One, P.O. Box 71087, Charlotte, PA 28272-1087 |
| 16670893 | *+ | Chase, P.O, Box 1423, Charlotte, PA 28201-1423 |
| 16670895 | *+ | Chase, PO Box 1423, Charlotte, NC 28201-1423 |
| 16681238 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 16681513 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 16681531 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 16682478 | *+ | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |

TOTAL: 2 Undeliverable, 8 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brent J. Lemon | on behalf of Creditor Duquesne Light Company Brent.Lemon@mccalla.com mccallaecf@ecf.courtdrive.com |
| Chad T Van Horn | on behalf of Joint Debtor Patricia Louise Reick chad@cvhlawgroup.com chad@ecf.inforuptcy.com,cmecf@cvhlawgroup.com,vanhorn.chadb104447@notify.bestcase.com,van-horn-law-group-pa@pacer.glade.ai |
| Chad T Van Horn | on behalf of Debtor Edward Joseph Reick Jr. chad@cvhlawgroup.com, chad@ecf.inforuptcy.com,cmecf@cvhlawgroup.com,vanhorn.chadb104447@notify.bestcase.com,van-horn-law-group-pa@pacer.glade.ai |
| Gary W. Darr | on behalf of Creditor First Commonwealth Bank gdarr@lenderlaw.com |
| Matthew Fissel | on behalf of Creditor PNC BANK NA bkgroup@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Richard Monti | on behalf of Creditor Township of Baldwin rmonti@grblaw.com aanderson@grblaw.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephanie Roache | on behalf of Joint Debtor Patricia Louise Reick stephanie@cvhlawgroup.com |
| Stephanie Roache | on behalf of Debtor Edward Joseph Reick Jr. stephanie@cvhlawgroup.com |

TOTAL: 10