**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

EDWARD JOSEPH REICK, JR.
PATRICIA LOUISE REICK
Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Respondents.

Case No.:26-21368 GLT

Document No.:

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 05/13/2026 and confirmed on 07/23/2026 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---|
| Total Receipts | | 12,584.32 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 12,584.32 |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 2,491.15 | |
| Trustee Fee | 692.15 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,183.30 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| FIRST COMMONWEALTH BANK(*) Acct: 0025 | 0.00 | 3,003.08 | 0.00 | 3,003.08 |
| PNC BANK NA Acct: 8636 | 0.00 | 1,321.49 | 0.00 | 1,321.49 |
| PNC BANK NA Acct: 8636 | 444.72 | 0.00 | 0.00 | 0.00 |
| NORTHWEST BANK* Acct: 6008 | 0.00 | 961.21 | 0.00 | 961.21 |
| CREDITOR INFORMATION MISSING OR V/ Acct: 1843 | 0.00 | 0.00 | 0.00 | 0.00 |
| BALDWIN TOWNSHIP (SWG) Acct: S266 | 177.71 | 0.00 | 0.00 | 0.00 |
| BALDWIN TOWNSHIP (SWG) Acct: S266 | 2.49 | 0.00 | 0.00 | 0.00 |
| BALDWIN TOWNSHIP (RE) Acct: S266 | 1,248.52 | 0.00 | 0.00 | 0.00 |
| BALDWIN TOWNSHIP (TRASH) Acct: S266 | 358.20 | 0.00 | 0.00 | 0.00 |

| Creditor Type Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| BALDWIN TOWNSHIP (TRASH) | 26.87 | 0.00 | 0.00 | 0.00 |
| Acct: S266 | | | | |
| AMERICREDIT FINANCIAL SVCS INC DBA | 37,442.79 | 897.74 | 1,279.05 | 2,176.79 |
| Acct: 2586 | | | | |
| CITIZENS BANK NA | 11,053.69 | 1,706.68 | 231.77 | 1,938.45 |
| Acct: 1854 | | | | |
| | | | | 9,401.02 |
| Priority | | | | |
| CHAD T VAN HORN ESQ++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| EDWARD JOSEPH REICK, JR. | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| VAN HORN LAW GROUP PA++ | 4,600.00 | 2,491.15 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 4,638.82 | 0.00 | 0.00 | 0.00 |
| Acct: 7742 | | | | |
| | * * * N O N E * * * | | | |
| Unsecured | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC(*) | 1,807.98 | 0.00 | 0.00 | 0.00 |
| Acct: 4084 | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 48,707.97 | 0.00 | 0.00 | 0.00 |
| Acct: 1002 | | | | |
| WELLS FARGO BANK NA | 15,710.37 | 0.00 | 0.00 | 0.00 |
| Acct: 8869 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC(*) | 410.45 | 0.00 | 0.00 | 0.00 |
| Acct: 8443 | | | | |
| JEFFERSON CAPITAL SYSTEMS LLC(*) | 2,047.72 | 0.00 | 0.00 | 0.00 |
| Acct: 6358 | | | | |
| QUANTUM3 GROUP LLC - AGENT FOR CC | 3,813.24 | 0.00 | 0.00 | 0.00 |
| Acct: 7873 | | | | |
| US BANK NA** | 853.32 | 0.00 | 0.00 | 0.00 |
| Acct: 3523 | | | | |
| CITIBANK NA** | 3,721.17 | 0.00 | 0.00 | 0.00 |
| Acct: 9149 | | | | |
| LVNV FUNDING LLC | 6,466.70 | 0.00 | 0.00 | 0.00 |
| Acct: 9735 | | | | |
| CITIBANK NA** | 15,482.16 | 0.00 | 0.00 | 0.00 |
| Acct: 0284 | | | | |
| LVNV FUNDING LLC | 1,306.59 | 0.00 | 0.00 | 0.00 |
| Acct: 5530 | | | | |
| CAPITAL ONE NA BY AIS INFOSOURCE LP | 24,701.43 | 0.00 | 0.00 | 0.00 |
| Acct: 8653 | | | | |
| CAPITAL ONE NA BY AIS INFOSOURCE LP | 15,373.09 | 0.00 | 0.00 | 0.00 |
| Acct: 2873 | | | | |
| LVNV FUNDING LLC | 10,151.93 | 0.00 | 0.00 | 0.00 |
| Acct: 8597 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CHA | 3,362.56 | 0.00 | 0.00 | 0.00 |
| Acct: 7914 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CHA | 11,600.29 | 0.00 | 0.00 | 0.00 |
| Acct: 7359 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CHA | 8,311.99 | 0.00 | 0.00 | 0.00 |
| Acct: 5555 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CHA | 12,534.59 | 0.00 | 0.00 | 0.00 |
| Acct: 2179 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CHA | 4,484.77 | 0.00 | 0.00 | 0.00 |
| Acct: 7253 | | | | |
| CHASE CARD SERVICES** | 0.00 | 0.00 | 0.00 | 0.00 |

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**



| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 7253 | | | | |
| | DUQUESNE LIGHT COMPANY(*) | 1,222.71 | 0.00 | 0.00 | 0.00 |
| | Acct: 7902 | | | | |
| | WH BURKLEY LLP(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | MCGRATH MCCALL PC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | GRB LAW | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

* * * N O N E * * *

TOTAL PAID TO CREDITORS 9,401.02

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 4,638.82 |
| SECURED | 50,754.99 |
| UNSECURED | 192.071.03 |

Date: 10/14/2026

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA 15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com